Law Offices of
Charles A. Thomas, P.L.C.
P.O. Box 1394
Nogales, Arizona 85628
(520) 313-3234
ct555_99@yahoo.com
Charles A. Thomas
State Bar No. 020942
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | **No. CR-24-00656 TUC JAS (JR)** |
| **Plaintiff,** | |
| **-vs-** | **MOTION TO WITHDRAW REPRESENTATION AND TO APPOINT NEW COUNSEL** |
| **Arturo Cardenas-Garcia,** | |
| **Defendant.** | |

It is expected that excludable delay under 18 U.S.C. § 3161(h)(7)(A) will occur as a result of this motion or of an order based thereon.

Undersigned counsel moves to withdraw representation in this matter and requests that new counsel be appointed under the Criminal Justice Act. A hearing is not requested.

Counsel avows that the attorney-client relationship has deteriorated to the degree that Defendant Mr. Cardenas-Garcia has no confidence in counsel's representation. Counsel believes that further representation of Defendant would be ineffective because there has been a complete breakdown of communication between him and counsel. Defendant has no confidence in the advice being provided by counsel and has requested that new counsel be appointed. Counsel believes further communication between himself and Defendant will be futile and counterproductive.

Respectfully submitted this date: April 23, 2024.

. . .

. .

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of Charles A. Thomas, P.L.C.

*s/ Charles A. Thomas*
Charles A. Thomas
Attorney for Defendant

A copy of the foregoing
delivered/mailed this date:
April 23, 2024

*Via ECF*

Assistant United States Attorney
Christine A. Melton, Esq.

-2-